IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:16cv72

| | |
|---|---|
| MARIALENA PYATT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | ORDER |
| ) | |
| MACON COUNTY, et al., ) | |
| ) | |
| Defendants. ) | |

Pending before the Court is the Consent Motion to Amend [# 15]. Plaintiff moves for leave to amend her Complaint to add additional claims. Defendant consents to the filing of amended pleading. For good cause shown, the Court **GRANTS** the motion [# 15]. Plaintiff shall have ten (10) days from the entry of this Order to file her Amended Complaint. The Court **DENIES as moot** the Motion for Judgment on the Pleadings [# 5].

Signed: June 21, 2016

Dennis L. Howell
United States Magistrate Judge

-1-